UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>    Plaintiff,<br><br>    v.<br><br>ALCOS FAMOUS MARKET DELI & BAKERY, et al.,<br><br>    Defendants. | Case No.  15-cv-06313-SK<br><br>**ORDER DENYING REQUEST TO APPEAR TELEPHONICALLY**<br><br>Regarding Docket No. 17 |

Before the Court is a last minute request by counsel for Plaintiff to appear telephonically at the June 1, 2016 hearing regarding the Motion to Substitute. (Dkt. 14.) Because the motion was brought by Plaintiff and because Plaintiff's counsel has provided no reason for appearing telephonically, the request is hereby DENIED without prejudice.

**IT IS SO ORDERED**.

Dated: May 31, 2016

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge