IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CONNALLY,<br><br>    Plaintiff,<br><br>  v.<br><br>ALCOS FAMOUS MARKET DELI & BAKERY, et al.,<br><br>    Defendants. | No. C 15-06313 WHA<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court is in receipt of Magistrate Judge Sallie Kim's report (Dkt. No. 20), which recommended: (1) denial of the motion to substitute; (2) dismissal of the ADA claim as moot; (3) that the district court decline to exercise supplemental jurisdiction over the remaining state law claims; and (4) dismissal of the state law claims without prejudice. No objections to the report and recommendation have been filed. Accordingly, this order **ADOPTS IN FULL** the report and recommendation of Judge Kim. The motion to substitute is **DENIED**. The ADA claims are **DISMISSED AS MOOT** and the state law claims are **DISMISSED WITHOUT PREJUDICE**. A final judgment will follow. The clerk shall please **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: July 12, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE