1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   PATRICK CONNALLY,                          No. C 15-06313 WHA

11              Plaintiff,

12      v.                                      **JUDGMENT**

13   ALCOS FAMOUS MARKET DELI &
     BAKERY, et al.,
14

15              Defendants.
                                          /
16

17          For the reasons stated in the accompanying order dismissing the action, **FINAL**

18   **JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiff Connally.  The

19   Clerk **SHALL CLOSE THE FILE**.

20

21          **IT IS SO ORDERED.**

22

23   Dated:  July 12, 2016.

24                                              WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE
25

26

27

28

*United States District Court*
For the Northern District of California